Exhibit 10
Confidential - Fully Redacted