# Exhibit 11
# Confidential - Fully Redacted