IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATSOFT CORPORATION, UPDRAFT LLC,<br><br>Plaintiffs,<br><br>v.<br><br>HEXAWARE TECHNOLOGIES LIMITED, HEXAWARE TECHNOLOGIES, INC.<br><br>Defendants. | Case No. 1:25-cv-11517<br><br>Document Filed Electronically |

**PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT
AND L.R. 3.2 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Natsoft Corporation and Updraft LLC, through their undersigned counsel, states as follows:

1. Natsoft Corporation does not have a parent corporation or a publicly held corporation owning 10% or more of its stock.

2. No publicly held corporation owns 10% or more of the stock of Updraft LLC. Of Updraft LLC's owners, only Natsoft Corporation, a privately held corporation, owns 10% or more. Updraft LLC does not have a parent corporation that fully owns it.

Pursuant to Northern District of Illinois L.R. 3.2, Plaintiffs Natsoft Corporation and Updraft Corporation, respectively, disclose:

3. The following entity or individuals own, directly or indirectly, 5% or more of Natsoft Corporation: Timmy Cheedala.

4. The following entity or individuals own, directly or indirectly, 5% or more of Updraft LLC: Natsoft Corporation, Timmy Cheedala.

Date: September 23, 2025               Respectfully submitted,

/s/ *Max A. Stein*
Max A. Stein
Keith Stolte
**MAXSON MAGO & MACAULAY, LLP**
77 W. Wacker Drive, Suite 4500
Chicago, IL 60601
T: 312-803-0378
mstein@em3law.com
kstolte@em3law.com

Dmitry V. Shelhoff (*pro hac* motion to be filed)
Kenneth S. Canfield (*pro hac* motion to be filed)
Catharina J. Chin Eng (*pro hac* motion to be filed)
**SHELHOFF CANFIELD & CHIN LLC**
30 Chatham Rd. #19
Short Hills, NJ 07078
T: 973-221-4539
dshelhoff@scciplaw.com
kcanfield@scciplaw.com
cchin@scciplaw.com

*Attorneys for Plaintiffs*