IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATSOFT CORPORATION, UPDRAFT LLC, <br><br> Plaintiffs, <br><br> v. <br><br> HEXAWARE TECHNOLOGIES LIMITED, HEXAWARE TECHNOLOGIES, INC. <br><br> Defendants. | Case No. 1:25-cv-11517 <br><br> Document Filed Electronically |

**PLAINTIFFS' L.R. 26.2 MOTION TO SEAL COMPLAINT AND EXHIBITS 10-11**

Pursuant to Northern District of Illinois L.R. 26.2(c)(3), Plaintiffs Natsoft Corporation and Updraft LLC respectively move the Court to seal the provisionally filed confidential non-redacted version of the complaint and confidential Exhibits 10 and 11 until plaintiffs have the opportunity to discuss sealing with defendants and provide defendants with the opportunity to seek permanent sealing. Plaintiffs believe that good cause exists to justify the requested sealing. In particular, plaintiffs believe they are contractually obligated with defendants to keep the redacted information (including the exhibits in their entirety) confidential. (The redacted content in the publicly available version of the complaint is highlighted in the sealed version). Plaintiffs otherwise would not request a confidential filing. Upon service of the complaint and its exhibits, plaintiffs intend to ask defendants for consent to file the sealed documents publicly. To the extent defendants do not agree, then plaintiffs respectfully request that defendants be provided the opportunity to move for further sealing.

Date: September 23, 2025  Respectfully submitted,

/s/ *Max A. Stein*
Max A. Stein
Keith Stolte
**MAXSON MAGO & MACAULAY, LLP**
77 W. Wacker Drive, Suite 4500
Chicago, IL 60601
T: 312-803-0378
mstein@em3law.com
kstolte@em3law.com

Dmitry V. Shelhoff (*pro hac* motion to be filed)
Kenneth S. Canfield (*pro hac* motion to be filed)
Catharina J. Chin Eng (*pro hac* motion to be filed)
**SHELHOFF CANFIELD & CHIN LLC**
30 Chatham Rd. #19
Short Hills, NJ 07078
T: 973-221-4539
dshelhoff@scciplaw.com
kcanfield@scciplaw.com
cchin@scciplaw.com

*Attorneys for Plaintiffs*