AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Northern District of Illinois__ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:25-cv-11517 | DATE FILED<br>9/23/2025 | U.S. DISTRICT COURT<br>Northern District of Illinois | |
|---|---|---|---|
| PLAINTIFF<br>NATSOFT CORPORATION; UPDRAFT LLC | | DEFENDANT<br>HEXAWARE TECHNOLOGIES LIMITED,<br>HEXAWARE TECHNOLOGIES, INC. | |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 8,640,106 | 1/28/2014 | Updraft LLC |
| 2 | 8,972,928 | 3/3/2015 | Updraft LLC |
| 3 | 8,972,948 | 3/3/2015 | Updraft LLC |
| 4 | 9,063,673 | 6/23/2015 | Updraft LLC |
| 5 | 9,778,916 | 10/3/2017 | Updraft LLC |

List continued from above.

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 6 | 9,858,046 | 1/2/2018 | Updraft LLC |
| 7 | 10,664,243 | 5/26/2020 | Updraft LLC |
| 8 | 11,029,934 | 6/8/2021 | Updraft LLC |
| 9 | 12,032,941 | 7/9/2024 | Updraft LLC |
| | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy