**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Natsoft Corp., v. Hexaware Technologies, Ltd.　　Case Number: 1:25-cv-11517

An appearance is hereby filed by the undersigned as attorney for:
Hexaware Technologies, Inc., and Hexaware Technologies Limited.

Attorney name (type or print): Brian H. Myers

Firm: Wilson Elser Moskowitz Edelman & Dicker LLP

Street address: 1500 K Street NW, Suite 330

City/State/Zip: Washington, DC 20005

Bar ID Number: 6305867　　Telephone Number: (202) 626-7695
(See item 3 in instructions)

Email Address: brian.myers@wilsonelser.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you a member of the court's general bar? | ✔ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| Are you appearing *pro hac vice*? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
　If appointed counsel, are you a
　☐ Federal Defender
　☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 6, 2025

Attorney signature: S/ Brian H. Myers
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023