**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| Natsoft Corporation, Updraft, LLC | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-11517 |
| | ) | |
| Hexaware Technologies Limited, | ) | |
| Hexaware Technologies, Inc. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S *UNOPPOSED* MOTION FOR AN**
**EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

Defendant, Hexaware Technologies, Inc., ("Moving Defendant") through its undersigned counsel, for its Unopposed Motion for an Extension of Time to File its Responsive Pleading to Plaintiffs' Complaint, pursuant to Fed. R. Civ. Proc. 6, respectfully requests an extension of thirty days (until December 30, 2025) to answer or otherwise plead in response to Plaintiffs' Complaint, and in support thereof states as follows:

1. On September 23, 2025, Plaintiffs filed this lawsuit asserting claims for patent infringement, breach of contract, and unjust enrichment.

2. On October 1, 2025, Plaintiffs' counsel sent to Defendants requests to waive service pursuant to Fed. R Civ. Proc. 4(d).

3. On October 13, 2025, Defendants undersigned counsel returned signed waivers of service to Plaintiffs' counsel for both Defendants.

4. Defendant Hexaware Technologies Limited is organized under India law and based in India. Pursuant to Fed. R. Civ. Proc. 4(d)(3), its responsive pleading is due 90 days from Plaintiffs' request to waive service, *i.e.* December 30, 2025.

322135181v.1

5. Moving Defendant Hexaware Technologies, Inc., is a subsidiary of Hexaware Technologies Limited and is incorporated under New Jersey law with its principal place of business in New Jersey. Pursuant to Fed. R. Civ. Proc. 4(d)(3), moving Defendant's responsive pleading is due 60 days from Plaintiffs' request to waive service, *i.e.* December 1, 2025

6. Defendants' counsel was only recently retained in this matter and requires additional time to investigate the allegations and prepare an appropriate responsive pleading.

7. Moving Defendant, Hexaware Technologies, Inc., respectfully requests an extension of its December 1, 2025 responsive pleading deadline to align with codefendant Hexaware Technologies Limited's December 30, 2025 responsive pleading deadline.

8. On October 10, 2025, Defendants' counsel confirmed with Plaintiffs' counsel that Plaintiffs do not object to Moving Defendant's request for an extension.

9. This is Moving Defendant's first request for an extension.

10. The Moving Defendant's request is in the interest of judicial economy.

11. The parties will not be prejudiced by the relief requested.

WHEREFORE, Defendant, Hexaware Technologies, Inc., respectfully requests that this Honorable Court grant Defendant's Unopposed Motion for an Extension of Time, grant Defendant an extension until December 30, 2025, to answer or otherwise plead in response to Plaintiffs' Complaint, and grant any further relief that this Honorable Court finds just and appropriate.

    Respectfully submitted,

    **Hexaware Technologies, Inc.**

    By: /s/ Brian H. Myers
        One of its attorneys

Brian H. Myers (ARDC# 6305867)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
1500 K Street NW, Suite 330
Washington, DC 20005

322135181v.1

Phone: (202) 626-7695
Facsimile: (202) 628-3606
brian.myers@wilsonelser.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of October, 2025, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing all ECF participants.

/s/ Brian H. Myers

322135181v.1