## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Natsoft Corporation, Updraft, LLC | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-11517 |
| | ) | |
| Hexaware Technologies Limited, | ) | |
| Hexaware Technologies, Inc. | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF UNOPPOSED MOTION

**PLEASE TAKE NOTICE** that on **Tuesday, October 21, 2025 at 9:45 a.m.** or as soon thereafter as Defendant may be heard, Defendant, Hexaware Technologies, Inc., shall appear before the Honorable Judge Manish Shah or any judge sitting in his stead in **Courtroom 1919** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the Defendant's Unopposed Motion for an Extension of Time to File Responsive Pleading (ECF No. 18)**, a copy of which was previously served upon you.

Respectfully submitted,

**Hexaware Technologies, Inc.**

By: /s/ Brian H. Myers
One of its attorneys

Brian H. Myers (ARDC# 6305867)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
1500 K Street NW, Suite 330
Washington, DC 20005
Phone: (202) 626-7695
Facsimile: (202) 628-3606
brian.myers@wilsonelser.com

322364395v.1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2025, I electronically filed the foregoing pleading with the Clerk of the Court using the ECF system which will send notification of such filing by electronic mail to all ECF participants.

By: /s/ Brian H. Myers