## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Natsoft Corporation, et al.

                                        Plaintiff,

v.                                                                Case No.: 1:25−cv−11517

                                                                               Honorable Manish S. Shah

Hexaware Technologies Limited, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 15, 2025:

       MINUTE entry before the Honorable Manish S. Shah: The motion for an extension of time [18] is granted, and no appearance on the motion is necessary. Both defendants have until 12/30/25 to respond to the complaint. The parties shall file a joint initial status report under this court's local patent rules by 1/8/26. The motion to file under seal [5] is granted. If the parties have not agreed to lift the seal by the time defendants respond to the complaint, the court will revisit the seal when setting the initial case schedule. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.