IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Natsoft Corporation, Updraft, LLC | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-11517 |
| | ) | |
| Hexaware Technologies Limited, | ) | Hon. Manish S. Shah |
| Hexaware Technologies, Inc. | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF 15 PAGES

Defendants, Hexaware Technologies, Limited, and Hexaware Technologies, Inc., through their undersigned counsel, for their Motion for Leave to File a Brief in Excess of 15 Pages, pursuant to L.R. 7.1, state as follows:

1. On September 23, 2025, Plaintiffs filed this lawsuit asserting claims for patent infringement (nine patents-in-suit, totaling 156 claims), breach of contract (two counts regarding two different contracts), unjust enrichment, and intentional interference with prospective economic advantage.

2. Defendants intend to file a motion to dismiss the complaint in its entirety.

3. Pursuant to Local Rule 7.1, which limits opening briefs to 15 pages absent prior leave for good cause, and consistent with this Court's case-management procedures, Defendants respectfully request leave to file a brief in support of their motion to dismiss of up to 40 pages in the primary brief and at least one exhibit comprising a claim chart for each patent. Defendants further request that Plaintiffs be permitted an equal number of pages for their opposition brief and that Defendants be permitted up to 20 pages for their reply brief.

4. The additional pages are necessary to address the many varied issues in the Complaint: nine counts of patent infringement (156 claims total), asserting theories of direct, induced and contributory infringement, lodged against three of Defendants' products; and 4 non-patent claims: breach of contract (2 counts regarding 2 different contract), unjust enrichment, and intentional interference with prospective economic advantage.

5. Each patent with its multiple claims requires an individualized analysis, including challenges to the validity of the asserted claims as directed to unpatentable subject matter under 35 U.S.C. § 101.

6. The numerosity of the patent claims make it impractical to provide a comprehensive and meaningful argument within the 15-page limit set by L.R. 7.1.

7. On November 7, 2025, Defendants requested that Plaintiffs provide a list of the claims within the nine patents-in-suit they are asserting in this lawsuit. Plaintiffs refused that request, and Defendants therefore must address all 156 claims in their motion to dismiss.

8. Also on November 7, 2025, Defendants requested that Plaintiffs agree to this Motion for Leave to File a Brief in Excess of 15 Pages in support of Defendants' planned motion to dismiss, with the specific request of up to 40 pages. Defendants agreed that Plaintiff would be permitted an equal number of pages for its opposition.

9. On November 10, 2025, Plaintiffs denied Defendants' request and agreed only to stipulate to an extension to 25 pages total.

WHEREFORE, Defendants respectfully request that the Court grant the Motion; permit Defendants to file an opening brief of up to forty (40) pages and at least one exhibit comprising claim charts for each of the nine patents-in-suit; permit Plaintiffs to file an opposition of up to forty

(40) pages; permit Defendants to file a reply of up to twenty (20) pages; and award such other and further relief as the Court deems just and appropriate.

        Respectfully submitted,

        **Hexaware Technologies, Limited**
        **Hexaware Technologies, Inc.**

        By: /s/ Brian H. Myers
            One of their attorneys

Brian H. Myers (ARDC# 6305867)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
1500 K Street NW, Suite 330
Washington, DC 20005
Phone: (202) 626-7695
Facsimile: (202) 628-3606
brian.myers@wilsonelser.com

324102816v.2

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 13th day of November, 2025, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing all ECF participants.

/s/ Brian H. Myers

324102816v.2