## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Natsoft Corporation, Updraft, LLC | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:25-cv-11517 |
| | ) |
| Hexaware Technologies Limited, | ) |
| Hexaware Technologies, Inc. | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Tuesday, November 18, 2025 at 9:45 a.m.** or as soon thereafter as Defendants may be heard, Defendants shall appear before the Honorable Judge Manish Shah or any judge sitting in his stead in **Courtroom 1919** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the Defendants' Motion for Leave to File a Brief in Excess of 15 Pages (ECF No. 23)**, a copy of which was previously served upon all counsel of record.

        Respectfully submitted,

        **Hexaware Technologies, Limited**
        **Hexaware Technologies, Inc.**

        By: /s/ Brian H. Myers
        One of its attorneys

Brian H. Myers (ARDC# 6305867)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
1500 K Street NW, Suite 330
Washington, DC 20005
Phone: (202) 626-7695
Facsimile: (202) 628-3606
brian.myers@wilsonelser.com

324237221v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2025, I electronically filed the foregoing pleading with the Clerk of the Court using the ECF system which will send notification of such filing by electronic mail to all ECF participants.

By: /s/ Brian H. Myers

324237221v.1