**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Natsoft Corporation, et al.

                          Plaintiff,

v.                                               Case No.: 1:25−cv−11517
                                                         Honorable Manish S. Shah

Hexaware Technologies Limited, et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, November 14, 2025:

        MINUTE entry before the Honorable Manish S. Shah: The motion for leave to file excess pages [23] is granted in part, and no appearance on 11/18/25 is necessary. Defendants may have up to 30 pages for their brief in support of their forthcoming motion to dismiss. Although the patents have many claims, the complaint focuses on "at least" one claim per patent and the court will not read the complaint as alleging infringement of each and every claim. Plaintiffs may use up to 30 pages for their response brief and defendants may use up to 20 pages for their reply. Defendants' motion is due 12/30/25, see [20], and the parties' initial status report, due 1/8/26, shall include a proposed briefing schedule for the motion to dismiss. The court also expects the parties to address the sealing of the complaint in the status report. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.