IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Natsoft Corporation, Updraft, LLC | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:25-cv-11517 |
| | ) |
| Hexaware Technologies Limited, | ) |
| Hexaware Technologies, Inc. | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' L.R. 26.2 MOTION TO SEAL DEFENDANTS' MOTION TO DISMISS

Pursuant to Northern District of Illinois Local Rule 26.2(c)(3), Defendants Hexaware Technologies Limited and Hexaware Technologies, Inc. respectfully move the Court to seal the provisionally filed, confidential, unredacted version of Defendants' Motion to Dismiss until Defendants have had an opportunity to confer with Plaintiffs regarding sealing, and for the parties to determine whether permanent sealing is necessary. This motion to seal pertains only to the portions of Defendants' Motion to Dismiss that address Exhibits 10 and 11 to Plaintiff's Complaint. *See*, ECF No. 1, Attachments 10 and 11. Defendants believe that good cause exists to justify the requested sealing. In particular, Defendants believe they are contractually obligated to Plaintiffs to maintain the confidentiality of the redacted information. (The redacted content in the publicly filed motion is highlighted in the sealed version.). In addition, Plaintiff was the first party to move to seal these documents, and producing unredacted information without conferring would be improper. Defendants would not otherwise seek a confidential filing. In accordance with the Court's directive that the parties address sealing in the January 8, 2026, initial status report, Defendants request that the seal remain in place until the parties have met and conferred and submitted their joint status report addressing whether permanent sealing is warranted. *See*,

ECF No. 20. To the extent the parties do not reach agreement, Defendants respectfully request that the parties be afforded an opportunity to seek further relief regarding sealing.

Dated: December 12, 2025

                      Respectfully submitted,

                      WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

                      *s/ Sarah Fink*

                      Sarah Fink, Esq.
                      1133 Westchester Ave
                      White Plains, NY 10604
                      (914) 323-7000 (phone)
                      sarah.fink@wilsonelser.com

                      *s/ Brian Myers*

                      Brian Myers, Esq.
                      1500 K Street, NW
                      Suite 330
                      Washington, DC 20005
                      202.626.7695 (phone)
                      brian.myers@wilsonelser.com

                      *Attorneys for Defendants*

*Service via ECF*

cc:

MAXSON MAGO & MACAULAY, LLP
Max A. Stein
Keith Stolte
77 W. Wacker Drive, Suite 4500
Chicago, IL 60601
T: 312-803-0378
mstein@em3law.com
kstolte@em3law.com

SHELHOFF CANFIELD & CHIN LLC
Dmitry V. Shelhoff

324237221v.1

Kenneth S. Canfield
30 Chatham Rd. #19
Short Hills, NJ 07078
T: 973-221-4539
dshelhoff@scciplaw.com
kcanfield@scciplaw.com
cchin@scciplaw.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2025, I electronically filed the foregoing pleading with the Clerk of the Court using the ECF system which will send notification of such filing by electronic mail to all ECF participants.

By: /s/ Brian H. Myers