IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Natsoft Corporation, Updraft, LLC | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:25-cv-11517 |
| Hexaware Technologies Limited, Hexaware Technologies, Inc. | ) Hon. Manish S. Shah |
| Defendants. | ) |

**DEFENDANTS' LOCAL RULE 3.2 NOTICE OF AFFILIATES**

Defendants, Hexaware Technologies, Limited, and Hexaware Technologies, Inc., through their undersigned counsel, for their Corporate Disclosure Statement and Notice of Affiliates, pursuant to Fed. R. Civ. Proc. 7.1 and L.R. 3.2, after a diligent review, state as follows:

Hexaware Technologies, Inc. is a wholly-owned subsidiary of Hexaware Technologies Limited.

Hexaware Technologies Limited is a publicly-traded company on the National Stock Exchange in India. Approximately 74% of Hexaware Technologies Limited's stock is owned by CA Magnum Holdings Limited. No other entity owns 5% of more of Hexaware Technologies Limited's stock.

Dated: December 12, 2025.

Respectfully submitted,

**Hexaware Technologies, Limited**
**Hexaware Technologies, Inc.**

By: /s/ Brian H. Myers
One of its attorneys

Brian H. Myers (ARDC# 6305867)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
1500 K Street NW, Suite 330

324270901v.1

Washington, DC 20005
Phone: (202) 626-7695
Facsimile: (202) 628-3606
brian.myers@wilsonelser.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2025, I electronically filed the foregoing pleading with the Clerk of the Court using the ECF system which will send notification of such filing by electronic mail to all ECF participants.

By: /s/ Brian H. Myers

324270901v.1