**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Natsoft Corporation, et al.
                               Plaintiff,

v.                                                                       Case No.: 1:25−cv−11517
                                                                               Honorable Manish S. Shah

Hexaware Technologies Limited, et al.
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 15, 2025:

      MINUTE entry before the Honorable Manish S. Shah: No appearance on 12/17/25 is necessary and the parties' status report with a proposed briefing schedule on the motion to dismiss remains due 1/8/26. The parties contacted the courtroom deputy to state that they withdraw the requests for sealing. The pending motion [31] is withdrawn, and the clerk shall unseal all docket entries. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.