# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Natsoft Corporation, et al.

                                       Plaintiff,

v.                                                      Case No.: 1:25−cv−11517

                                                                  Honorable Manish S. Shah

Hexaware Technologies Limited, et al.

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 23, 2025:

       MINUTE entry before the Honorable Manish S. Shah: No appearance on 1/6/26 is necessary. The parties shall state their positions on defendants' request to stay discovery in the joint status report due 1/8/26 (which can include competing proposals). Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.