**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Natsoft Corporation, et al.

                                        Plaintiff,

v.                                                       Case No.: 1:25−cv−11517
                                                          Honorable Manish S. Shah

Hexaware Technologies Limited, et al.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 12, 2026:

      MINUTE entry before the Honorable Manish S. Shah: Plaintiffs' response to the motion to dismiss is due 1/30/26 and defendants may reply by 2/27/26. The motion to stay discovery [36] is granted in part, denied in part. The parties shall exchange initial disclosures under LPR 2.1 on 3/9/26. Initial infringement contentions under LPR 2.2 are due 4/6/26. Initial noninfringement, unenforceability, and invalidity contentions under LPR 2.3 are due 5/18/26. Discovery is otherwise stayed pending a ruling on the motion to dismiss. The court will rule by cm/ecf and enter a new scheduling order after ruling. The parties may submit any agreed confidentiality order in Microsoft Word format to proposed_order_shah@ilnd.uscourts.gov. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.