**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

NATSOFT CORPORATION, UPDRAFT LLC,

       Plaintiffs,

       v.

HEXAWARE TECHNOLOGIES LIMITED, HEXAWARE TECHNOLOGIES, INC.

       Defendants.

Case No. 25-cv-11517

Document Filed Electronically

## MOTION FOR WITHDRAWAL OF DMITRY V. SHELHOFF, KENNETH S. CANFIELD, AND CATHARINA J. CHIN ENG AS COUNSEL FOR PLAINTIFFS

Pursuant to LR 83.17, Dmitry V. Shelhoff, Kenneth S. Canfield, and Catharina J. Chin Eng of Shelhoff Canfield & Chin LLC hereby move to withdraw as counsel for Plaintiffs Natsoft Corporation and Updraft LLC. Plaintiffs continue to be represented by counsel at Bochner PLLC, including Catherine Towne, who appeared in this action on March 17, 2026, and Serge Krimnus, whose motion for leave to appear pro hac vice was granted on March 17, 2026. After this withdrawal, Shelhoff Canfield & Chin LLC and its attorneys will no longer represent any parties in this action.

Date: March 18, 2026

Respectfully submitted,

*/s/ Dmitry V. Shelhoff*

*/s/ Kenneth S. Canfield*

*/s/ Catharina J. Chin Eng*
Dmitry V. Shelhoff (admitted *pro hac vice*)
Kenneth S. Canfield (admitted *pro hac vice*)
Catharina J. Chin Eng (admitted *pro hac vice*)
**SHELHOFF CANFIELD & CHIN LLC**

1

30 Chatham Rd. #19
Short Hills, NJ 07078
T: 973-221-4539
dshelhoff@scciplaw.com
kcanfield@scciplaw.com
cchin@scciplaw.com

*Withdrawing Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I, Kenneth S. Canfield, hereby certify that on March 18, 2026, I caused a true and correct copy of foregoing to be served via e-mail on counsel of record below:

Wilson Elser Moskowitz Edelman & Dicker LLP:

Adam Bialek
150 E 42nd Street
New York, NY 10017
adam.bialek@wilsonelser.com

Sarah Fink
90 Merrick Ave, Suite 700
East Meadow, NY 11554
sarah.fink@wilsonelser.com

Brian Myers
1500 K Street, NW, Suite 330
Washington, D.C. 20005
brian.myers@wilsonelser.com

Bochner PLLC:

Catherine Towne
Serge Krimnus
1040 Avenue of the Americas, 15th Fl
New York, NY 10018
ctowne@bochner.law
serge@bochner.law

/s/ Kenneth S. Canfield
Kenneth S. Canfield
*Withdrawing Attorney for Plaintiffs*

3