**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| NATSOFT CORPORATION, UPDRAFT LLC,<br><br>Plaintiffs,<br><br>v.<br><br>HEXAWARE TECHNOLOGIES LIMITED, HEXAWARE TECHNOLOGIES, INC.<br><br>Defendants. | Case No. 1:25-cv-11517<br><br>Document Filed Electronically |

**MOTION FOR WITHDRAWAL OF MAX A. STEIN
AND KEITH STOLTE AS COUNSEL FOR PLAINTIFFS**

Pursuant to LR 83.17, Max A. Stein and Keith Stolte of Maxson, Mago & Macaulay, LLP hereby move to withdraw as counsel for Plaintiffs Natsoft Corporation and Updraft LLC. Plaintiffs continue to be represented by counsel at Bochner PLLC, including Catherine Towne, who appeared in this action on March 17, 2026, and Serge Krimnus, whose motion for leave to appear pro hac vice was granted on March 17, 2026. After this withdrawal, Maxson, Mago & Macaulay, LLP and its attorneys will no longer represent any parties in this action.

Date: March 18, 2026

Respectfully submitted,

/s/ Max A. Stein
Max A. Stein
Keith Stolte
**MAXSON MAGO & MACAULAY, LLP**
77 W. Wacker Drive, Suite 4500
Chicago, IL 60601
T: 312-803-0378
mstein@em3law.com
kstolte@em3law.com

*Attorneys for Plaintiffs*